**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORTHEAST BANK,

    Plaintiff,

vs.                                                             Case No. 3:20-cv-784-J-34MCR

GINGERBREAD HOUSE LEARNING
CENTER, INC., DERVENT RICHARDS,
and MARIEKA N. RICHARDS,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. Business Lenders, LLC (Business Lenders) initiated this action in this Court against Defendants Gingerbread House Learning Center, Inc., Dervent Richards, and Marieka N. Richards on July 14, 2020. See Complaint (Doc. 1). In doing so, Business Lenders invoked the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. See Complaint ¶ 6. When reviewing the Complaint, the Court identified several jurisdictional pleading deficiencies and ordered Business Lenders to provide the Court with additional information to enable it to determine whether it had diversity jurisdiction over this action. See Order (Doc. 5), entered on July 16, 2020. On July 24, 2020, Business Lenders filed a response to the Court's order, in which Business Lenders provided the information requested by the Court. See Plaintiff's Response to Court Order (Doc. 5), (Doc. 6). However, Business Lenders subsequently filed a motion to substitute Northeast Bank as the Plaintiff in this action. See Amended

Motion to Substitute Party Plaintiff (Doc. 17; Motion), filed on November 20, 2020.[1]  Judge Richardson granted the Motion on January 21, 2021, and Northeast Bank, the successor in interest of Business Lenders, LLC, became the named plaintiff in this action.  See Order (Doc. 18).  Upon review of the record in this case, the Court finds that Northeast Bank has failed to provide the Court with the information necessary to determine its citizenship.  Accordingly, to ensure the Court's continuing diversity jurisdiction over this action, the Court will direct the Plaintiff, Northeast Bank, to file a notice properly identifying its citizenship.  Accordingly, it is

**ORDERED:**

Plaintiff Northeast Bank shall have up to and including **February 8, 2021**, to provide the Court with sufficient information so that it can determine whether it continues to have diversity jurisdiction over this action.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of January, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc27
Copies to:
Counsel of Record
Pro se parties

---

[1] Business Lenders had filed an earlier motion to the same effect.  See Motion to Substitute Party Plaintiff (Doc. 10), filed on October 1, 2020.  However, the Honorable Monte C. Richardson, United States Magistrate Judge, denied the earlier motion without prejudice for failure to comply with Local Rule 3.01(g), United States District Court, Middle District of Florida.  See Endorsed Order (Doc. 12), entered on October 5, 2020.